# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

142004

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SHERAILLE LATRICE HINSON,
      Plaintiff-Appellee,

v

TGI FRIDAY'S, INC., d/b/a TGI FRIDAY'S,
      Defendant-Appellant,
and

MELVIN WOODS,
      Defendant.
_____/

SC: 142004
COA: 291768
Wayne CC: 07-715274-NF

On order of the Court, the application for leave to appeal the September 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

_____
Clerk

t0620